MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KYBN 93232)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394
    Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

**Filed**

**DEC 1 8 2012**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-00870 PSG |
| Plaintiff, | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS |
| vs. | |
| RODGER A. ESQUIVEL, | |
| Defendant. | |

1. The United States moves that all charges in the Information filed on November 30, 2011, against the above named defendant, be dismissed; the defendant is deceased.

2. The United States makes this motion in the interests of Justice.

                MELINDA HAAG
                United States Attorney


                _____/S/_____
                ROBERT K. PRUITT
                Special Assistant United States Attorney

## **ORDER**

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __12·18·12__ 2012      _P.e.S._
PAUL S. GREWAL
United States Magistrate Judge